UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW YORK MICROSCOPE COMPANY, INC.,

                     Plaintiff,

-against-

BYERS HOLDING GROUP LLC, and
USA CAPITAL FUND, LLC d/b/a USA MEDICAL
SUPPLY,
                     Defendant.
-----------------------------------------------------------------X

23-CV-3718 (JMA)(ARL)

**AMENDED PROPOSED**
<u>**SCHEDULING ORDER**</u>

**LINDSAY, Magistrate Judge:**

The following pretrial schedule is adopted:

**December 20, 2024**  Deadline for Plaintiff to respond to document demands and interrogatories served by Defendants.

**January 20, 2025**  Deadline for filing motion for joinder of additional parties or amendment of pleadings.

**April 30, 2025**  Deadline for Defendants to produce documents and responses to Plaintiff's document demands and interrogatories.

**August 20, 2025**  All discovery, inclusive of expert discovery, to be concluded.

**September 30, 2025**  Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice.

**November __, 2025**  Final conference before the undersigned at _____**a.m.** Meaningful settlement discussion will occur at the conference. Clients or other persons with full settlement authority must be available by telephone. Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before **November__, 2025.**

    This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1(D) which requires that applications be made at least forty-eight hours before the scheduled appearance or deadline.

All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York
April 30, 2025

**SO ORDERED:**

_____
ARLENE ROSARIO LINDSAY
United States Magistrate Judge