

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Thomas J. McGowan, Esq.*
*Telephone: (516) 747-0300, ext. 123*
*Facsimile: (516) 237-2893*
*Email: tmcgowan@meltzerlippe.com*

April 30, 2025

<u>Via ECF</u>

The Honorable Joan M. Azrack
U.S. District Court Judge
United States District Court, Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722-4451

Re:  *New York Microscope Company, Inc. v. Byers Holding Group LLC, et al.*
**Index No. 23-cv-03718 JMA-ARL**
<u>**MLGB File No. 11255-00060**</u>

Dear Judge Azrack:

We represent Plaintiff New York Microscope Company, Inc. ("NYMC"). Pursuant to your Honor's Order dated April 14, 2025, this is to provide a joint status report on the above-referenced matter.

Plaintiff produced documents and responses to the document demands and interrogatories served by the Defendants herein several months ago. Defendants have agreed to produce documents and responses to Plaintiff's document demands and interrogatories on or before the end of the day today. The parties have also consulted and have submitted an Amended Proposed Scheduling Order for the Court's consideration. The Amended Proposed Scheduling Order will permit the parties the time they believe is needed to conduct the discovery necessary herein.

Respectfully submitted,

Thomas J. McGowan

cc:  Ryan Milun, Esq.
Dimitri Teresh, Esq.
(via ECF)

4855-9228-2047 v. 1