

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Thomas J. McGowan, Esq.*
*Telephone: (516) 747-0300, ext. 123*
*Facsimile: (516) 237-2893*
*Email: tmcgowan@meltzerlippe.com*

April 30, 2025

**Via ECF**

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

**Re:** *New York Microscope Company, Inc. v. Byers Holding Group LLC, et al.*
**Index No. 23-cv-03718 JMA-ARL**
**MLGB File No. 11255-00060**

Dear Judge Lindsay:

  We represent Plaintiff New York Microscope Company, Inc. ("NYMC") in connection with the above-referenced matter. Pursuant to the Order of the Honorable Joan M. Azrack dated April 14, 2025, counsel for the parties consulted with each other and submitted a joint status report. The parties also consulted and respectfully request that your Honor sign the Amended Proposed Scheduling Order filed at ECF No. 33.

  The attached Amended Proposed Scheduling Order will permit the parties the time they believe is needed to complete the discovery necessary herein.

              Respectfully requested,

              */s Thomas J. McGowan*
              Thomas J. McGowan

cc:  Ryan Milun, Esq.
   Dimitri Teresh, Esq.
   (via ECF)

4934-7066-1948 v.1