UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NEW YORK MICROSCOPE COMPANY, INC.,

                       Plaintiff,               Case No. 23-cv-03718-JMA-ARL

      -against-                        **NOTICE OF APPEARANCE**

BYERS HOLDING GROUP LLC, and
USA CAPITAL FUND, LLC d/b/a USA MEDICAL
SUPPLY,

                     Defendants.

----------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that Kimberly A. Ahrens, Esq., of Meltzer, Lippe, Goldstein

& Breitstone, LLP hereby appears as counsel for Plaintiff, New York Microscope Company, Inc.

in the above-mentioned action and requests that a copy of all papers in this action be served upon

the undersigned at the office and post office address stated below.

Dated: Mineola, New York
       June 23, 2025

                Respectfully submitted,

                **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

                By:    ***/s/ Kimberly A. Ahrens***
                        Kimberly A. Ahrens, Esq.
                        *Attorneys for Plaintiff*
                        190 Willis Avenue
                        Mineola, New York 11501
                        (516) 747-0300
                        KAhrens@meltzerlippe.com