# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YORK MICROSCOPE COMPANY, INC.

                       Plaintiff,

      -against-

BYERS HOLDING GROUP LLC, and
USA CAPITAL FUND, LLC d/b/a USA MEDICAL
SUPPLY,

                    Defendants.
-------------------------------------------------------------------X

**AMENDED NOTICE
TO TAKE DEPOSITION**

Docket No. 23-cv-03718-JMA-ARL

    **PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiff will take the testimony, upon oral examination, of **STEVE LUK**, on behalf of Defendant **USA CAPITAL FUND, LLC d/b/a USA MEDICAL SUPPLY,** as an adverse party, before a notary public who is not an attorney or an employee of an attorney for any party or respective party herein, and who is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the office of Meltzer, Lippe, Goldstein & Breitstone, LLP, 190 Willis Avenue, Mineola, New York 11501 on **Thursday, August 14, 2025 at 10:00 a.m.**, and/or at any recessed or adjourned date, with respect to the matters listed in Schedule A.   In addition, the deponent shall bring to the deposition any documents and communications not previously produced by Defendants that relate to the matters listed in Schedule A.

    **PLEASE TAKE FURTHER NOTICE THAT** the deposition will continue from day to day until completed.  You are invited to attend and cross-examine.

Dated: July 21, 2025
     Mineola, New York

MELZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

By:      *s/Kimberly Ahrens* _____

Thomas J. McGowan, Esq.
Kimberly A. Ahrens, Esq.
*Attorneys for Defendants*
190 Willis Avenue
Mineola, New York 11501
T: (516) 747-0300
tmgowan@meltzerlippe.com
kahrens@meltzerlippe.com

To:      Dimitri Teresh, Esq.
THE KILLIAN FIRM, P.C.
Tindal Executive Suites
107 Tindall Road
Middletown, New Jersey 07748
T: (732) 912-2100
dteresh@tkfpc.com

Ryan Milun, Esq.
THE MILUN LAW FIRM, LLC
20 Commerce Drive, Suite 135
Cranford, New Jerson 07016
T: (862) 702-5010
Ryan.milun@milunlaw.com

2

4909-4625-4423, v. 5

## SCHEDULE A

1.      Defendant USA Capital Fund, LLC d/b/a USA Medical Supply's ("USA Medical") unnamed counterclaim.

2.      Plaintiff's claims for (1) Breach of Contract against Defendant Byers Holding Group LLC ("Byers"); (2) Unjust Enrichment against Byers; (3) Quantum Meruit against Byers; (4) Tortious Interference against USA Medical; and (5) Conversion against USA Medical.

3.      USA Medical's affirmative defenses to Plaintiff's claims.

4.      USA Medical's search for responsive documents and communications in response to Plaintiff's document demands.

5.      USA Medical's responses to Plaintiff's interrogatories.

6.      Communications between USA Medical and Plaintiff concerning the subject contract.

7.      Communications between USA Medical and Plaintiff concerning payment to Plaintiff.

8.      Correspondence, including emails, text messages, and phone calls, between Ossnat Koenig and Steve Luk concerning (1) the subject contract; and (2) payment to Plaintiff.

9.      All documents and communications produced by USA Medical.

10.     All communications by and between USA Medical, Steve Luk and/or their representative and Byers, Zachary Byers and/or their representative.

11.     All communications between USA Medical, Steve Luk and/or their representative and Indian Health Services.

4909-4625-4423, v. 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YORK MICROSCOPE COMPANY, INC.

       Plaintiff,

  -against-

BYERS HOLDING GROUP LLC, and
USA CAPITAL FUND, LLC d/b/a USA MEDICAL
SUPPLY,

       Defendants.
-------------------------------------------------------------------X

**AMENDED NOTICE
TO TAKE DEPOSITION**

Docket No. 23-cv-03718-JMA-ARL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiff will take the testimony, upon oral examination, of **ZACHARY BYERS**, on behalf of Defendant **BYERS HOLDING GROUP LLC,** as an adverse party, before a notary public who is not an attorney or an employee of an attorney for any party or respective party herein, and who is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at the office of Meltzer, Lippe, Goldstein & Breitstone, LLP, 190 Willis Avenue, Mineola, New York 11501 on **Monday, August 11, 2025 at 10:00 a.m.**, and/or at any recessed or adjourned date, with respect to the matters listed in Schedule A.  In addition, the deponent shall bring to the deposition any documents and communications not previously produced by Defendants that relate to the matters listed in Schedule A.

   **PLEASE TAKE FURTHER NOTICE THAT** the deposition will continue from day to day until completed.  You are invited to attend and cross-examine.

Dated: July 21, 2025
   Mineola, New York

MELZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

By:    _s/Kimberly Ahrens_____

Thomas J. McGowan, Esq.
Kimberly A. Ahrens, Esq.
*Attorneys for Defendants*
190 Willis Avenue
Mineola, New York 11501
T: (516) 747-0300
tmgowan@meltzerlippe.com
kahrens@meltzerlippe.com

To:    Dimitri Teresh, Esq.
THE KILLIAN FIRM, P.C.
Tindal Executive Suites
107 Tindall Road
Middletown, New Jersey 07748
T: (732) 912-2100
dteresh@tkfpc.com

Ryan Milun, Esq.
THE MILUN LAW FIRM, LLC
20 Commerce Drive, Suite 135
Cranford, New Jerson 07016
T: (862) 702-5010
Ryan.milun@milunlaw.com

2

## SCHEDULE A

1.      Defendant Byers Holding Group LLC's ("Byers") counterclaims for (1) Breach of Contract; (2) Breach of the Covenant of Good Faith and Fair Dealing; and (3) Unjust Enrichment.

2.      Plaintiff's claims for (1) Breach of Contract against Byers; (2) Unjust Enrichment against Byers; (3) Quantum Meruit against Byers; (4) Tortious Interference against USA Capital Fund, LLC d/b/a USA Medical Supply ("USA Medical"); and (5) Conversion against USA Medical.

3.      Byers' affirmative defenses to Plaintiff's claims.

4.      Byers' search for responsive documents and communications in response to Plaintiff's document demands.

5.      Byers' responses to Plaintiff's interrogatories.

6.      Communications between Byers and Plaintiff concerning the subject contract.

7.      Communications between Byers and Plaintiff concerning payment to Plaintiff.

8.      Correspondence, including emails, text messages, and phone calls, between Ossnat Koenig and Zachary Byers concerning (1) the subject contract; and (2) payment to Plaintiff.

9.      All documents and communications produced by Byers.

10.     All communications by and between Byers, Zachary Byers and/or their representative and USA Medical, Steve Luk and/or their representative.

11.     All communications between Byers, Zachary Byers and/or their representative and Indian Health Services.

4923-2028-2199, v. 4