# EXHIBIT H

Ryan Milun (Bar No. 043412006)
Susan Ferreira (Bar No. 012602008)
**THE MILUN LAW FIRM, LLC**
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016
Phone: 862-702-5010, ext. 1002
ryan.milun@milunlaw.com
susan.ferreira@milunlaw.com

*Attorneys for Defendant, USA Capital Fund, LLC d/b/a USA Medical Supply*

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK MICROSCOPE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BYERS HOLDING GROUP LLC, and USA CAPITAL FUND, LLC d/b/a USA MEDICAL SUPPLY, <br><br> Defendants. | Case No.: 23-cv-03718 <br><br> **DEFENDANT USA CAPITAL FUND'S RESPONSES TO FIRST SET OF INTERROGATORIES SERVED BY PLAINTIFF NYMC** |

TO:   Thomas J. McGowan, Esquire
      Kimberly A. Ahrens, Esquire
      MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP
      190 Willis Avenue
      Mineola, New York 11501
      *Attorneys for Plaintiff, New York Microscope Company, Inc.*

Defendant, USA Capital Fund, LLC d/b/a USA Medical Supply ("USA Capital") hereby objects and responds to the First Set of Interrogatories served by plaintiff New York Microscope Company, Inc. ("NYMC") in accordance with the Federal and Local Rules.

Dated: April 18, 2025                    **THE MILUN LAW FIRM, LLC**

                                         By:   *s/ Susan Ferreira*
                                               SUSAN FERREIRA

## RESPONSE TO FIRST SET OF INTERROGATORIES
## DIRECTED TO DEFENDANT USA CAPITAL

1. Identify all persons participating in the preparation of answers to these interrogatories and specify which answers or responses each person contributed to.

   **RESPONSE**: Steve Luk and Eli Rouimi.

2. State the name, address, and business telephone number of each person with personal knowledge regarding the facts and circumstances surrounding the happenings of the occurrences referred to in the Amended Complaint and the USA Medical Counterclaim.

   **RESPONSE:** Steve Luk and Eli Rouimi, USA Capital Fund, LLC, 2540 Hollywood Boulevard, No. 503-505, Hollywood, Florida 34747.

3. Explain how USA Medical calculated the damages alleged in the USA Medical Counterclaim, provide a computation of the alleged damages and identify all documents relied upon in making said calculations.

   **RESPONSE**: See responsive documents attached hereto.

4. Identify any and all agreements between USA Medical and Byers relating to the purchase and sale of PPE.

   **RESPONSE**: See responsive documents attached hereto.

5. Identify any and all common interest and/or joint defense agreements between USA Medical and Byers as it relates to this Action and the claims in the Complaint.

   **RESPONSE**: Upon the advice of counsel, USA Capital objects to this request as it seeks information that is protected by the attorney-client privilege and/or attorney work product privilege. In addition, this request seeks information that is not relevant to the claims and defenses in this case which are not reasonably calculated to lead to discovery of admissible evidence.

6. Identify all communications by and between USA Medical and Byers relating to this Action and the claims in the Complaint.

   **RESPONSE**: See responsive documents attached hereto.

7. Identify each person whom you expect to call at trial as a fact witness.

   **RESPONSE**: Uknown at this time. Discovery and investigation are ongoing. USA Capital reserves the right to supplement this response in accordance with the Court Rules upon completion of fact discovery.

## CERTIFICATION

I hereby certify that the foregoing answers to interrogatories are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

I hereby certify that the copies of the reports annexed hereto provided by either treating physicians or proposed expert witnesses are exact copies of the entire report or reports provided by them; that the existence of other reports of said doctors or experts are unknown to me, and if such become later known or available, I shall serve them promptly on the propounding party.

Dated: May 6th, 2025

By: *Eli Rouimi*
(signature)

Eli Rouimi, CEO as managing member
(printed name)