**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

August 7, 2025

<u>Via ECF</u>
Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

Re:   *New York Microscope Company, Inc. v. Byers Holding Group LLC, et al.*
        Index No. 23-cv-03718 JMA-ARL
        <u>MLGB File No. 11255-00060</u>

Dear Judge Lindsay:

  We represent Plaintiff New York Microscope Company, Inc. ("Plaintiff") in connection with the above-referenced matter. We write to request a conference to address deficiencies in Defendants' document production that was made after Plaintiff's motion to compel was filed on July 30, 2025. We respectfully submit that a conference is necessary because the deficiencies in Defendants' recent production must be addressed in order for the Court to properly decide Plaintiff's motion.

  On July 30, 2025, Plaintiff filed a letter motion seeking, *inter alia*, to compel Defendants to produce communications between Defendants that were initially withheld from Defendants' document productions. On August 1, 2025, after Plaintiff's motion was filed, Defendants produced redacted text messages between an individual from Defendant Byers Holding Group LLC and an individual from Defendant USA Capital Fund, LLC. Defendants redacted several text messages and asserted privilege, despite there was no attorney present for the communications. I wrote a letter to Defendants that same day, on August 1, 2025, demanding that Defendants produce the unredacted text messages. *See* Exhibit A, letter from Kimberly A. Ahrens, Esq. to Susan Ferreira, Esq. dated August 1, 2025. Defendants refused to produce the unredacted text messages. On August 4, 2025, Defendants filed opposition to our motion to compel.

  Since we do not have an opportunity to submit a reply, and since the redacted text messages were produced after Plaintiff's letter motion was filed, we respectfully request a conference to address the production of the unredacted text messages and that there is no privilege over communications between Defendants where no attorney was present.

            Respectfully submitted,

            *s/Kimberly Ahrens*
            Kimberly A. Ahrens, Esq.

cc:  Ryan Milun, Esq.
   Dimitri Teresh, Esq.
   (via ECF)