**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

September 3, 2025

<u>Via ECF</u>
Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

Re:   *New York Microscope Company, Inc. v. Byers Holding Group LLC, et al.*
      **Index No. 23-cv-03718 JMA-ARL**
      <u>MLGB File No. 11255-00060</u>

Dear Judge Lindsay:

    We represent Plaintiff New York Microscope Company, Inc. ("Plaintiff") in connection with the above-referenced matter. We write to request an adjournment of the discovery deadline from August 20, 2025 to December 31, 2025 on consent of all parties.

    The adjournment is necessary because (1) Defendants' depositions are still outstanding as there was a dispute over the location of where Defendants' depositions would be taken (*see* ECF 37 and 38); and (2) there is an ongoing discovery dispute concerning Defendants' August 1, 2025 production of redacted text messages (*see* ECF 40, 41, and 42). Your Honor issued a decision regarding these discovery disputes on August 26, 2025. On August 29, 2025, the parties met and conferred concerning Defendants' redacted production of text messages. Defendants agreed to provide Plaintiff with a detailed privilege log by September 10, 2025.

    Based on the foregoing, we respectfully request that the time to complete discovery be extended from August 20, 2025 to December 31, 2025 to allow for Defendants' depositions to be taken and to provide time for the parties to resolve the ongoing discovery dispute.

                            Respectfully submitted,

                             *s/Kimberly Ahrens*
                             Kimberly A. Ahrens, Esq.

cc:   Ryan Milun, Esq.
      Dimitri Teresh, Esq.
      (via ECF)

4904-7962-1222 v.1