UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE: ARLENE R. LINDSAY**  **DATE: 2/26/2026**
United States Magistrate Judge
 **TIME: 11:00 AM**

**DOCKET NO: 23-3718 (JMA) (ARL)**

**CASE: New York Microscope Company, Inc. v. Byers Holding Group, LLC**

\_\_\_\_\_  INITIAL CONFERENCE
  X    STATUS CONFERENCE   BY TELEPHONE  X
\_\_\_\_\_  SETTLEMENT CONFERENCE
\_\_\_\_\_  SCHEDULING CONFERENCE
\_\_\_\_\_  DISCOVERY CONFERENCE

APPEARANCES:
FOR PLAINTIFF: FOR DEFENDANTS:
Thomas J. McGowan Ryan Milun

**The following rulings were made:**

The parties are directed to discuss the specific remaining objections with respect to the text messages or communications at issue.   Following, plaintiff shall submit a letter outlining the nature of any continuing objections.   The defendant shall respond by letter providing specific responses. The letters shall be submitted by March 16, 2026, and may not exceed 4 pages. The documents at issue shall be submitted along with the letters.

All discovery shall be completed by March 31, 2026.   Any party planning on making a dispositive motion must take the first step in the motion process by April 17, 2026.   The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before May 8, 2026. A final conference is scheduled for May 12, 2026 at 11:00 AM.   Conference call instructions will be provided in advance of the conference date.

SO ORDERED:
_____/s/_____