UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW YORK MICROSCOPE COMPANY, INC.

                    Plaintiff,                Case No. 23-cv-03718-JMA-ARL

   -against-                        **NOTICE OF WITHDRAWAL**

BYERS HOLDING GROUP LLC, and
USA CAPITAL FUND, LLC d/b/a USA MEDICAL
SUPPLY,

                    Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that Kimberly A. Aherns, Esq., is no longer associated with Meltzer, Lippe, Goldstein & Breitstone, LLP and hereby withdraws her representation for Plaintiff, **NEW YORK MICROSCOPE COMPANY, INC.**

**PLEASE TAKE FURTHER NOTICE**, that Meltzer, Lippe, Goldstein & Breitstone, LLP shall remain as counsel for the Plaintiff, **NEW YORK MICROSCOPE COMPANY, INC.**

Dated: Mineola, New York
       March 16, 2026

                               Respectfully submitted,

                               **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

                      By:    ***/s/ Thomas J. McGowan***
                              Thomas J. McGowan, Esq.
                              *Attorney for Plaintiff*
                              190 Willis Avenue
                              Mineola, New York 11501
                              (516) 747-0300
                              tmcgowan@meltzerlippe.com

4912-9215-5544 v.1