# EXHIBIT "A"

## PRIVILEGE LOG FOR "ANDY TEXT THREAD" DOCUMENT
### Date Range: November 28, 2022 - June 11, 2025
### Between: Zachary Byers (Byers Holding Group) and Andy Fink (USA Medical)

| Date | Description of Communication | Basis for Withholding | Redacted/ Withheld |
|---|---|---|---|
| 2/22/23 8:40 a.m. | Communications reflecting settlement strategy | Privileged Communications regarding settlement strategies | Redacted |
| 2/24/23 10:32 a.m. | Communications reflecting settlement strategy | Privileged communications regarding settlement strategies | Redacted |
| 2/24/23 4:31 p.m. | Communications reflecting settlement strategy | Privileged communications regarding settlement strategy | Redacted |
| 3/3/23 12:22 p.m. | Communications reflecting settlement strategy | Privileged communications regarding settlement strategy | Redacted |
| 3/8/23 6:27 p.m. | Communications reflecting litigation strategy and recap of conversation with attorney | Privileged communications containing litigation strategy and attorney communications/ advice | Redacted |
| 3/10/23 5:05 p.m. | Communications summarizing attorney advice and litigation strategy | Privileged communications containing litigation strategy and attorney communications/ advice | Redacted |
| 3/13/23 4:17 p.m. | Communications summarizing attorney advice and litigation strategy | Privileged communications containing litigation strategy and attorney communications/ Advice | Redacted |

| | | | |
|---|---|---|---|
| 3/13/23 6:37 p.m. | Communications reflecting litigation strategy and attorney advice | Privileged communications containing litigation strategy and attorney communications/ advice | Redacted |
| 3/16/23 3:21 p.m. | Message contains litigation strategy and attorney communications/advice | Privileged communications containing litigation strategy and attorney communications/ advice | Redacted |
| 3/17/23 12:37 p.m. | Message contains screenshot of attorney communications and litigation strategy | Privileged communications containing attorney advice and communications | Redacted |
| 3/19/23 1:50 p.m. | Communications relating to litigation strategy | Privileged communications – litigation strategy | Redacted |
| 3/19/23 5:43 p.m. | Communications relating to litigation strategy | Privileged communications – litigation strategy | Redacted |
| 3/20/23 12:53 p.m. | Communications regarding settlement strategy | Privileged communications – settlement strategy | Redacted |
| 3/21/23 5:02 p.m. | Communications reflecting litigation strategy and conversations/advice from attorney | Privileged communications containing attorney advice and litigation strategy | Redacted |
| 3/27/23 11:02 a.m. | Communications reflecting settlement strategy | Privileged communications – settlement strategy | Redacted |
| 5/9/23 2:53 p.m. | Communications containing screenshot of attorney communications and bank wiring information | Privileged communications with attorney and bank information | Redacted |
| 6/24/23 5:11 p.m. | Communications reflecting settlement strategy | Privileged communications – settlement strategy | Redacted |

| | | | |
|---|---|---|---|
| 9/29/23 1:57 p.m. | Communications reflecting attorney thoughts/advice litigation strategy/attorney advice | Privileged communications containing attorney thoughts and/or advice | Redacted |
| 1/2/24 4:07 p.m. | Communications reflecting litigation strategy | Privileged communications containing litigation strategy | Redacted |
| 2/26/24 1:40 p.m. | Communications discussing payment of attorney's fees and containing bank account information | Privileged and irrelevant communications discussing payment of attorney's fees and confidential bank account information | Redacted |
| 4/24/24 9:57 a.m. | Communication reflecting litigation strategy and case status | Privileged communications – litigation strategy | Redacted |
| 7/2/24 11:34 a.m. | Communications reflecting settlement strategy | Privileged communications – settlement strategy | Redacted |
| 7/12/24 11:24 a.m. | Communications reflecting settlement strategy | Privileged communications – settlement strategy | Redacted |
| 7/12/24 12:54 p.m. | Communications reflecting settlement strategy | Privileged communications – settlement strategy | Redacted |
| 7/16/24 12:20 p.m. | Communications reflecting settlement strategy | Privileged communications – settlement strategy | Redacted |
| 8/25/24 11:07 a.m. | Communications reflecting litigation strategy and contains screenshot of confidential attorney communications | Privileged communications – contains confidential attorney communications and litigation strategy | Redacted |
| 8/29/24 2:48 p.m. | Communications concerning litigation strategy and attorney communications and advice | Privileged communications – contains confidential attorney communications | Redacted |

| | | | |
|---|---|---|---|
| | | and litigation strategy | |
| 6/11/25 2:50 p.m. | Communications regarding irrelevant new business agreement | Irrelevant communications regarding new business agreement – not calculated to lead to discovery of admissible evidence in this matter. | Redacted |