# EXHIBIT "B"

Nov 28, 2022 at 8:47 AM

Hello Andy, this is Zac Byers. IHS has no issue with the 2 day delay. Still waiting for confirmation on if we can deliver partial pallet quantities

Hello Zac, great news, thank you! Hope you had a wonderful Thanksgiving!

You too sir! I'll keep pushing on the assignment of payment as well as partial pallet info

Thank you
I am working on new paperwork on assignment since John told me that never got sent......

Maybe there was some confusion. It did get sent. Initially it was rejected. Then after a bit of time IHS came back saying they would look into it for me. Still waiting to hear if the assignment is still rejected or if they will accept an assignment of payment

I did blind copy Eli when I sent the assignment in. So I think there could be some
Confusion. Either way I'll keep pushing

Oh ok that's good then so the amendment is what needs to be updated if ihs accepts. Did you ever receive the amendment from John I don't think so, he and I discussed. I will have him send to you with an added line

So when you follow up on assignment you can push the amendment it's a simple 1 pager

Nov 29, 2022 at 1:05 PM

I'll be available again in about 1.5 hours. Jumping to my next meeting but wanted to try you first

If urgent please email me

not urgent on a zoom, i can email you after this zoom and can talk when your free, but my email will be clear. Just want to update the truck count and will need longer schedule since more trucks 136 in a half

since we had to replace the boxes since they are crushing as you know

Okay not a problem. As long as we can maintain the same start date for deliveries, then IHS won't have a problem

yes 100% we are on schedule

using local drivers as well in Memphis to make sure all trucks show up timely to pickup and move

No problem sir

thank you!

Please still email so I can review and update IHS team

yes of course will do

Nov 30, 2022 at 2:36 PM

Hi Andy, I'm sorry in doctors appointments for my pregnant girlfriend all afternoon. I will be sending you an email tonight.

I wanted to ping as i am seeing your emails come through on my phone

No worries Zach, take care of your girlfriend and hope all is ok. No rush

Nov 30, 2022 at 5:28 PM

Thank you sir. I'm getting caught up and will respond soon. I know this is all urgent as deliveries start next week

We are good, take your time when you have time later. We will be on time

Dec 1, 2022 at 3:54 PM

Hey Andy, I wanted to see if you have a chance to chat about packaging today or tomorrow?

Absolutely. Give me 2 mins and I'll call you

Zach is this the contract # 75H71122P00934

i need to make sure for packing list and don't want to mix it with req #

it might actually be your contractor code?

supplier contractor code # 1620766 (Byers Holding Group, LLC)

On packing list they state Contract Number

it might be a question for John

Zach is this the contract # 75H71122P00934

Yes this is the order number

I validated with signed contract

ok so please confirm which one is the Contract number please

Sorry this is indeed a John question to be safe

i will ask him and cc you

Thank you



Dec 2, 2022 at 8:55 AM

Label is approved

Excellent, thank you!

Dec 2, 2022 at 1:17 PM

I have confirmed with John on contract number so all set
FYI

Dec 5, 2022 at 2:53 PM

Just checking in to make sure we are all good. Deliveries to start Wednesday correct?

If you can provide a revised detailed schedule that would be great

Yes sir, 5 trucks rolling tomorrow, 3 are loaded. It looks like they will get all level 3 XL tomorrow, but i will confirm everything for you with packing lists as well

Thank you sir!

Delivery schedule that I can send Jimmy would be awesome

on the revised detailed schedule, am i allowed to ramp up to 6 trucks per day once we do the first 2 weeks or so?

No not yet

tomorrow means rolling tomorrow delivery will be Wed as planned

ok

We have to ask for approval on that following successful deliveries

so you want the original schedule and just touch it up even though its short trucks?

i updated your schedule with starting Dec 7th so i want to make sure of what you want

...er the course. I don't think it included an end date of deliveries

it didn't cause i didn't want to change something you had approved, i just updated counts and date it started......i put changes in RED

Dec 6, 2022 at 8:53 AM

GM Zach, please let me know on schedule. We are rolling 5 trucks today that will deliver tomorrow

Yes please proceed forward

Schedule is good

Schedule i marked in Red is good correct?

then we can update it after we start doing some deliveries, you and i discuss what we think they will let us up it to, but lets get our feet wet on deliveries

I will get you all POD w/BOL and packing lists so you can invoice accordingly.

Your agreement is Net 30 days on delivery correct?

Yes, however I do believe we can only invoice once we deliver all goods. That would be a John verification question

Yes delivery schedule is good in Red

that doesn't make sense, I will speak with John

that would mean we are giving like 60+ days terms

Please send email to John and I. That was my understanding but I could be incorrect. John would know

done

Dec 6, 2022 at 11:47 AM

Did John get back to you?

not yet

I'll ping him now



Dec 20, 2022 at 10:53 AM

Zach hope all is well. Just tried you. Any update on sample invoice with ihs? Banking with Wells Fargo?

I will have final PODs on last Friday later today so I can get final invoice to you etc tomorrow complete

We keep delivering 5 trucks per day thru Wed this week per schedule

Dec 20, 2022 at 11:56 AM

Hi Andy,

Can you send me your invoices? Sorry I have been trying to get the sample invoice out but I'm having a hard time. We have a meeting tomorrow to work through the portal

Hi Andy,

Sorry one more update. We are 99% it's the same portal we used for BIA invoicing. Reviewing with Eddie in the am when he gets back. I'll BCC you on email to Jimmy for his approval to submit

Dec 21, 2022 at 8:37 AM

Hi Zach, I was out of pocket most of yesterday and working to get you invoice today. Copy on the the sample invoice and BCC me. Thank you

Dec 21, 2022 at 11:17 AM

Can you send us your invoices or the amounts of each product we need to invoice for?

I wa waiting on 1 more POD, do you just need qty, size, sku

do you need it by day or just totals?  I thought you need full details but you may not

Dec 22, 2022 at 3:07 PM

Zach you got what you needed from me on 1st invoice correct?

Yes sir, we did thank you. Dealing with some mini emergencies right now but we are on the invoicing

you are welcome, thank you!  Hope all is ok

Dec 30, 2022 at 2:22 PM

Zach I heard from your Dad a couple times and hope you are starting to turn the corner. Get back to good health. When you get a minute, I am getting a ton of heat from Eli since assignment never got done with usa medical and then money flow and expenses getting this all packed, trucked, etc...if anyway yo get in Jimmy's ear, make sure he has received the invoice/invoices or maybe he confirmed already, but maybe softly you can get an idea on 1st payment timing.......

Happy healthy new year!

At the same time we do have 5 trucks scheduled for Tuesday and they picked up today, but workers who went on vacation are in some of the bad weather areas and travel so please just warn him that we may need to pull schedule back a little bit next week from Wed forward but will no better on Monday/Tuesday latest if any issue. I just want to be proactive in case

Jan 3, 2023 at 8:38 AM

Good morning Andy, I'm a meeting. Running over to Wells Fargo today!

Anything else that is urgent, that requires a call back?

Good morning Zach, glad yo hear that you are feeling better! Happy New Year!

Not urgent but did want to talk about you reaching out to Jimmy to see when we can expect 1st payment since laying out so much money for this.......but call me before reaching out to him unless u already did

And have idea

Happy New year sir!

Yes, packed day... let's discuss this evening?

Thank you!
Keep me posted once you finish at Wells Fargo and how it will operate.
I am free all day if you want to discuss evening that's ok

Shud be fairly quick

Jan 3, 2023 at 7:24 PM

Hi Andy, I've been on the phone for like 9 hours straight. I'm sorry I didn't get back to you. My sickness set me back a few days of work.

Wells Fargo is able to set-up a pre assigned payment but we have to pick a date. Can we have a call tomorrow to discuss? I'd like to get you paid as quickly as possible

HI Zach, I figured you were out straight, I understand.....it's hard to setup a date without knowing when the money is coming in, normally I would do this with a lock box and then there are no time constraints and when the money comes in they know what to do and it goes out immediately. Did Jimmy give you any idea of 1st payment timing? when can you talk tomorrow?

Jan 3, 2023 at 8:54 PM

How's 10:00am mst for 10-15 mins? Invoices submitted but everyone in IHS has been out of office for holidays. I'll be pushing this week to see how soon we can get paid. Let's chat tomorrow about the payment and what options we have. Shoot over some other times if 10am mst doesn't work

holidays, we can go over this tomorrow.

Jan 4, 2023 at 1:02 PM

Zach, sent you an email for a personal guaranty, I need to do it because of my partners, especially Eli, he will freak since no assignment or lock box, it's just formality since neither were done.  Please let me know once you hear from IHS on 1st payment what you here.  Thank you again!

Yes sir, completely understand

thank you

Fyi, looked fine to me. Need Ed to review which will be tonight. Please expect a response tomorrow sir

thank you sir and get better!

did you reach out to IHS yet

Finishing another call and then I'll be reaching out to invoicing contact

ok keep me posted please

Jan 6, 2023 at 2:35 PM

Hi Andy, in another doctor appointment

Christi replied to me (from IHS) but didn't give payment timeline

I'll keep gently nudging

Hope all is OK. I just wanted you to know that I have an email pending to send to you for updated schedule to get approved by Jim. I am just waiting for one last confirmation so I can make sure it is ironclad. I also wanted to know if you heard from the officer on payment

Jan 9, 2023 at 11:14 AM

Zach hope you had a nice weekend and feeling better.

1. Please let me know if Jimmy has approved schedule

2. What exactly did Christi tell you? We may need to get
jimmy softly involved to get this 1st payment done.

Thank you

Jan 9, 2023 at 3:05 PM

Zach are you ok?

Hey Andy, yes sir. Travel day to Reno for meetings. Be back
tomorrow. I sent the accelerated schedule. Still waiting for a
response.

Jimmy is on the thread with Christi as well, so I don't want
to push on him too much. I'd like to give it a couple days to
see if we get more information from Christi

Jan 9, 2023 at 4:51 PM

Glad your ok.

Ok on schedule.

Agree on thread, what exactly did she say, just want to
understand is she looking into u asking for timeline etc and
did u ask for a little help on 1st payment or again simply
asking for timing on payment?

Jan 9, 2023 at 7:05 PM

My plan was to ask for help this week. I've just asked gently
for an update

She's just been responding saying she's received them and
working on them

appreciate it very much!!

Jan 10, 2023 at 1:23 PM

New schedule is approved

Jan 10, 2023 at 6:53 PM

I will see how fast we can ramp up, since we need to get
another driver scheduled and prepare the pallets for pickup,
it may take 1 -2 days, but will confirm tomorrow.

Thank you sir. Let me know

Thank you and will do

Jan 11, 2023 at 11:26 AM

Apologies, I was driving and missed your email

All good, did you hear anything back on payment timeline

Jan 11, 2023 at 1:38 PM

problem solved Ben Chavez at warehouse is doing the labels on the 9 cases, he just told Correy at Phoenix and driver will provide him with the labels so all set

Jan 13, 2023 at 4:50 PM

Payment is scheduled by next Friday for first invoice

Hopefully it comes a day or two sooner. As soon as it arrives I will do ACH or get a cashier's check overnighted to you. Whichever you prefer sir

Jan 13, 2023 at 8:02 PM

Good news, thank you. Hopefully it comes in a few days earlier. Let's talk Monday. Have a great weekend

You too sir!

Jan 13, 2023 at 9:35 PM

Thank you

Jan 17, 2023 at 4:32 PM

5 mins please

no rush

2 minutes

Jan 17, 2023 at 7:52 PM

R u free for 1 minute

Jan 18, 2023 at 8:52 AM

GM Zach, I am just waiting on 2 bits of info before sending 1 more email and then going over with you

Jan 18, 2023 at 10:53 AM

Zach, I am suppose to have a concrete update 2:00, we might be able to sqeak out another 3 trucks for Fri or Monday latest and then need to pause, but want to discuss with you quickly before writing Jimmy. 12.30 no delivery i am waiting on 100% confirm not 99% that i am right and then sending the email with updates invoice on the end of Dec we spoke about

Tied up for a bit in meetings

4 trucks del Tues/5 trucks out for delivery today/4 trucks to deliver tomorrow (1 of the 4 is the return truck Tuesday they had to fix which is why 4 on tues)/planning to do 2 on Fri as well.

Correy just spoke to Ben Chavez and he is aware, Ben called to ask for reminder of this week and next week, we also confirmed 6 more trucks is what ben said is needed thru fri delivery so we are on same page

i still need the hr for time, to confirm other, but Correy told him they will trickle in next week but confirm thru Andy, etc....correy said we may have another truck for monday and then after Wed to trickle in balance.......but to wait on hearing from me which is thru you to them.......

Thank you sir

I like that we are at least staying strong with the warehouse

Probably why I'm not receiving a ton of calls from Jimmy

Let me know when you have your firm update. I left Jimmy vm after we hung up. Told him I'd provide by tomorrow morning fyi

My pleasure all over it

Thank you for buying time!!

Jan 18, 2023 at 2:28 PM

Zach,
1. Dec 30 no delivery 100% confirmed
2. This week plan is on schedule with 2 on Friday
3. Next week schedule pending and will have shortly

Jan 19, 2023 at 9:36 AM

GM Zach, please let me know when you are free to discuss plan, etc.

Jan 19, 2023 at 11:51 AM

2 trucks out the door today for delivery tomorrow —> 1 Level 2 Large, 1 Level 3 Large FYI

I am ready to go over everything just waiting on you to let me know when free

6 trucks to complete

Hi Andy, I'm sorry I ran out of time

At doctor's

Can you email me plan so I can send to Jimmy?

Hope all is ok and yes

Jan 19, 2023 at 5:36 PM

I saw your email and will have responses for all to you before noontime tomorrow, likely earlier. How did Dr go? Did she go into labor?

Thank you sir

Dr's went well

We are getting worn down from this but excited for next week

Money hasn't arrived in my account yet from

checking every hour or so

Phew, I think John thought you guys went into labor. Glad it went well. It does wear you down mentally with all the visits but as long as all is ok that's what matters, it's all worth it.

Strange on $, so you got notice yesterday for it today and you it didn't hit your account or processing?

I received an email from Christi saying it Should be in my account today. I'm guessing tomorrow morning it will show up. If I don't see it by EOD tomorrow I'm going to send a gentle note to her

Got it thank you

Jan 20, 2023 at 6:17 PM

Have you heard anything from John? It's COB even in pacific time.

Jan 24, 2023 at 2:41 PM

Wanted to send a soft feeler out there if your group has any clients that need Syringes? If so, maybe we can set up 15 mins to chat tomorrow

We receive very limited requests for syringes, a buddy of mine is a numedico distr and has the exclusive for the usa for the patented retractable syringe that is made in AU. Happy to talk about what you have but we are not strong in that area

Gotchya! No problem. We'll talk at a later date

Feb 8, 2023 at 1:34 PM

Please ship it to 501 N.E. 122 ST. Suite F, Oklahoma City, OK 73114.

Andy just sent this over. I think Fedex should be able to reroute

I am on it now

Just finished with FedEx, it should get delivered tomorrow to the updated address, but worst case Fri, but he did tell me tomorrow FYI. i will keep tracking it

Thank you sir



Track Another Shipment    Help

**TRACKING ID**

771203793654 ✏️ ☆

**FROM**
MEMPHIS, TN US

*Label Created*
2/2/2023 10:53 PM

**PACKAGE RECEIVED BY FEDEX**
OLIVE BRANCH, MS
2/3/2023 3:30 PM

**IN TRANSIT**
Address corrected
OKLAHOMA CITY, OK
2/8/2023 12:08 PM

**OUT FOR DELIVERY**
OKLAHOMA CITY, OK
2/8/2023 3:40 AM

**TO**
OKLAHOMA CITY, OK US

*Updated Delivery*
2/9/2023 by end of day

*Initially Expected*
Wednesday, 2/8/2023

↓ View travel history

the rest!

SUBMIT

ive more

Systems updated



rs | Omni Distributors    Δ Certificate of Incumbency: What is it and Why Does

FedEx    Shipping ⌄    Tracking ⌄    Design & Prin

FedEx® Tracking



Feb 9, 2023 at 7:50 AM

GM Zach, the case is out for delivery, I will confirm once delivered

Thank you sir

Feb 9, 2023 at 11:29 AM

Delivered 12:24



Feb 14, 2023 at 10:23 AM

Good morning Zach,
I assume all is well with that last loose case?

Please confirm that you did send in last invoice I believe on Feb 1st for the last 3 weeks of deliveries and have they confirmed order complete?

Any visibility to last payment from them to clean up our last outstanding invoice?

Thank you
Andy

Last invoice has been sent in. We should be seeing payment before the end of the month. I'm hopeful for early next week

Sounds great, thank you Zach!

Feb 14, 2023 at 12:18 PM

Yes sir

I'll notify as soon as the money is in the account

Thank you Zach!

Feb 15, 2023 at 2:32 PM

Hey Andy, received this from Jimmy

Can you tell me the manufacturer of the gowns we received from you? Just wanted to update our records.

Hi Zach,

As stated on page 13 of your proposal dated September 7th, 2022 and stated on the affidavit of compliance for the make PPE in America Act dated September 18th, 2022 the manufacturer of the gowns shipped is Three Zones.

Feb 15, 2023 at 4:26 PM

Thank you sir

My pleasure

Andy, if you have any further projects in which you are using any packaging... please do me a favor and provide me the chance to quote on it sir

Feb 15, 2023 at 6:28 PM

Zach, absolutely will do next time a project comes us. Hoping for a good one in March/April, but will let you know as it progresses. Talk soon

Thank you sir! I really appreciate it

No thank you works both ways

I am sure we will do some stuff together on packaging

That would be really great!

Feb 19, 2023 at 1:09 PM

Hey Andy, hope you are having a good weekend. I'm going to try and get to the bank tomorrow. Payment came in showing pending. Should be cleared by the AM. Latest payment will be made is Tuesday morning

Andy, may I also ask who are your partners on this project? Hopefully the next time around we can both collect more of the profits

Feb 19, 2023 at 6:04 PM

Hi Zach,
Hope you are having a great weekend as well. It was nice here thank you. Great news on payment, thank you for the heads up.

Andy, may I also ask who are your partners on this project? Hopefully the

Zach I will call and explain on this topic tomorrow.

Thank you sir! We are making payments out to 5/6 parties. We are trying to figure out who are legitimate partners and who brokered

5/6 holy smokes. I thought it was just John and Romi Medical?

You want me to call u now?

Sure! I'm with the baby, so I may have to run if she gets upset haha

Feb 21, 2023 at 1:46 PM

Zach hope you are having a good day. Did you every look into if another party or 2 I want to run something buy you on this NY microscope / Romi medical cause she lied to my partner badly and might be a way to navigate to help us both. Let me know when you are free

Waiting for John to send me info. I'll call you once I have it

perfect

Feb 21, 2023 at 3:42 PM

Okay I have it

Call you after I finish at the bank. I'm only paying you today

ok great

thank you and that's all you should pay today

Payment sent

Thank you sir

Will confirm once received

Good morning Zach, wire hit and was processing last night and cleared this AM, thank you so much! I will update you how the other part goes later today 🙏



Just spoke with Steve and he spoke with osi....it went well but she is going to be calling you. I am tied up for 40 minutes are you free in 45 minutes or so? Don't take her call until we speak, she may do it thru John

I'm tied up until noon my time starting in 45. Catch up after lunch?

Perfect

Feb 22, 2023 at 1:58 PM

Any updates I should be aware of? John has requested a call

Feb 22, 2023 at 3:17 PM

Not a great call with Ossi

Call u back shorty

She's going to push back on USA Med that's she isn't paying for the financing and that it wasn't in the contract

Sorry was getting coffee downstairs

Feb 23, 2023 at 8:53 AM

Good morning Zach, please let me know when you are free

Feb 23, 2023 at 10:30 AM

I'll call you shortly sir

you got it

Feb 23, 2023 at 2:16 PM

butt dialed sorry, Steve is onboard with everything we spoke about and you holding. But he wants to make sure you are prepared if you get anything legal from Ossant, etc....but that's not happening now so we can talk later. I am going to try and call her again, I assume John is in her ear since your call....

Feb 23, 2023 at 5:01 PM

Did your side talk to Ossi today?

She didn't call me back and I didn't call again and thought it would be best to let John talk to her and see if she called. I will dial her am

Feb 24, 2023 at 10:32 AM

Need 10 mins

no rush

I did a brief review of the assignment and it does appear we are supposed to send total contract amount to Prem Pro. Eddie can't review today, but will do a thorough review tomorrow to be safe

Thats the way I understand it as well.  sounds like a plan



understood no problem

Per the attached assignment agreement and the addendum, we are due to pay Prem Pro LLC the total amount from the contract. Then they would redistribute the money. Please review and let me know if you agree.

This could get very messy. I'm not sure if you have been in contact with Ossi, but I hope steps are being taken to get this resolved.





Feb 24, 2023 at 1:34 PM

I spoke to John

I'd like to give you a 2 min debrief

Feb 24, 2023 at 4:31 PM

Good to hear. Andy called and left a message. I do not want to talk to him until all funds are distributed.
I will tell him regarding the finances that it should have been discussed prior to accepting the bid. It needed to be in writing and agreed and signed prior to delivery.
I only heard about this from Steve for the first time on Monday.

From Ossi to me

Not surprised of her trying to make that point cause she isn't going to tell you she lied multiple times to Steve.

I agree on financing but that wouldn't have happened if you were making all the money she did and that's the problem, she lied to her all that money and that makes it below board as u know

Yep totally understand

I need that letter from USA medical so that I can respond to

No rush sir

I'm not going to respond to her last message

🙏 thank you

Looks good to me

On it

Received thank you

I assume u wrote her?

She just texted me

I texted her

8:30 ⬩il LTE 🔋

**Ossnut** 

Ossnat, hope you are well. I was asked to give you a call from Steve Luk since I am the financier of the gown program.

We have spoken before, return my call you don't have VM on the line I dialed

Delivered

Today 8:26 PM

Hi Andy, sorry for the late response. I have been sick the past few days. I will reach out to you early next week.



I'm formulating a long email

You can see what she just texted me lol

She's a liar and a thief

I'm dragging John into this

1000%

Whatever you feel is best.



Feb 25, 2023 at 9:49 AM

Hey Andy, I've heard you mention this. We need 100% clarity. Does Ossi have a contract with USA medical?

Feb 25, 2023 at 11:40 AM

Call me when free have a good idea

Important so please let me know when free

Mar 3, 2023 at 11:13 AM

FYI Osi called me, I didn't answer and she didn't leave VM, just an FYI

On phone with Lawyer

if she calls me again or you want me to call her back please let me know

ok

Mar 3, 2023 at 12:22 PM

i have steve on line he spoke with her nicely he wants to share, are you free?

Yes sir

Need 5 sorry

Important so can be resolved today

I haven't received anything yet

minutes

No I haven't received a call

I'm not comfortable talking with her until an agreement is signed and in place

steve interpreted wrong

she is asking him for finance agreement, yes i would stay away from her per steve

steve is sending her above

Yes accept change HIS to IHS

corrected

Everything else is good

perfect

Ossi is calling me

Mar 6, 2023 at 2:35 PM

Call u in 45 minutes or so

Thank you sir

Mar 8, 2023 at 6:27 PM

Zach hope you had a good day and zero push here just checking status to see how you are making out. Osi didn't write Steve again fyi

I haven't heard anything more from Ossi fyi

All good and figured as much. Talk soon and update you if



Mar 10, 2023 at 12:12 PM

Apologies, transfer is set to be made at 10am on Monday. Banker couldn't get me in today and I didn't have availability to go in there yesterday

NP all good,
Have a great weekend

Mar 10, 2023 at 5:05 PM



Mar 13, 2023 at 1:49 PM

Zach sorry I missed your call. Sounds good on your plan. Keep me posted once sent.

Money was sent earlier around 10am pst

I see it processing thank you

Mar 13, 2023 at 4:17 PM

Give me a call when you have 10 minutes sir

Can we do in 3hrs or so

Yes sir







Copy, calling you in about an hr

Thank you sir. Just want to make sure we are all connected

Mar 13, 2023 at 8:07 PM

Andy, did I miss your call? I'm showing a missed call

Yes I can be free in 15

Thank you sir. Give me a call when ready

Found it from an email I saw with Revi

ossnat@nyscopes.com

Thank you sir! That was one of my two guesses

Mar 14, 2023 at 6:28 PM

Zach hope you had a good day. All quiet today Osi didn't contact Steve.....did you send email last night

Yes sir! She confirmed receipt over text. Said her lawyers will respond

Lol Sounds good

Mar 15, 2023 at 9:49 AM

Zach good morning, please let me know when u have 2 minutes and then I know Steve would like to do a call 3 of us but I want to speak to you first so u have heads up. Nothing bad at all

Hey Andy, yes sir. I'm taking my sister out to breakfast and then having a meeting at 11pst

Ok just let me know best time

Is 12:30 pst okay with you? I want to be safe as my 11am meeting could be long

Yes sir

Call you then

Mar 15, 2023 at 11:36 AM

Hey Sir, I'm free now actually. Let me know if you want to chat

Mar 16, 2023 at 3:21 PM





Mar 17, 2023 at 12:37 PM





In doctors. Call you after

ok call when free

Mar 19, 2023 at 1:50 PM

Mar 19, 2023 at 5:43 PM



Mar 20, 2023 at 12:53 PM

Thanks for your help! We both feel good about turning this over to Steve and letting him handle it from here on out

Anytime brother.

Mar 21, 2023 at 5:02 PM

Any word? I'm guessing this will get drawn out over the next couple of weeks

Literally zero, nothing

[REDACTED]

[REDACTED]

Mar 27, 2023 at 11:02 AM

Tapping in, assuming no updates yet?

literally nothing

Not too surprised

Alright sir well I'll check back in next week haha

Mean either and check in as much as you like I will alert you on any communication she makes

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

Apr 3, 2023 at 7:20 AM



7:19 🌙

◀ Messages

Begin forwarded message:

**From:** Tom McGowan
<TomM@meltzerlippe.com>

**To:** Jaclyn Powell <jpowell@smplawcorp.com>
**Subject:** New York Microscope v. Byer's

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Ms. Powell:

Please advise if you are authorized to accept service of process on behalf of Byer's.

Tom McGowan

Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501
Phone 516-747-0300 Ext. 123
Fax 516-237-2893
www.meltzerlippe.com

New York City Office:
70 East 55th Street, 10th Floor

Fyi, this is what our lawyer in California received

morning, give me 10 minutes, you free then?

I should be okay to talk, watching the baby haha

ok

Douglas Segal

Sukenik, Segal & Graff, P.C.

450 Seventh Avenue, 42nd Floor

New York, New York 10123

Telephone: (212) 725-9300 (x4610)

Facsimile: (212) 481-5520

Email: douglassegal@ssglaw.com

I have Eddie on the line as well

i am free now

call you or you call me

Apr 26, 2023 at 8:59 AM

Hey good morning. I didn't mean to call yesterday, apologies sir

Oh ok all good was just returning the cal 

Hope all is well

May 2, 2023 at 8:51 AM

Morning Zach, are you free for a call with Steve and I. Ossi called him

Important to get on a call

May 8, 2023 at 12:41 PM

Ryan Milun
THE MILUN LAW FIRM, LLC
Cranford Business Park
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016
Ryan.milun@milunlaw.com
Phone: 862-702-5010 ext. 1001
Direct Line: 862-702-5011



May 8, 2023 at 4:04 PM

Zach can you get his wire details and or see if they accept zelle as a payment?

I just requested, He should provide the wire info

He'll have it to me tomorrow morning 👍

Thank you 👍

May 9, 2023 at 2:53 PM



Thanks.

Ryan Milun
THE MILUN LAW FIRM, LLC
Cranford Business Park
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016
Ryan.milun@milunlaw.com
Phone: 862-702-5010 ext. 1001
Direct Line: 862-702-5011



Insurance Recovery Attorney | The Milun Law Firm | NJ
milunlaw.com

May 9, 2023 at 7:50 PM

Thank you Zach, this will be done AM, will confirm once deon

done

Thank you!



May 10, 2023 at 9:17 AM

payment has been sent, see your email

May 10, 2023 at 10:41 AM

Thank you!

yes sir

Jul 24, 2023 at 5:11 PM

Hey Andy, I have a presentation to IHS next week for supplies. Do you have some information you can send me

My apologies Zach, I will send this evening when back at my room. Away with the family and headed back tomorrow.

Thank you, sir. No problem. I knew you were busy

I had several computer crashes due to surges and my minimized email reminders to send went gonzo and you were 1 of them 2x and I remembered and forgot again. I will put together for you

Ok great on lawyer

Sounds like you need you to move out west 😂

When I hear something formal I ping yourself and Steve

At some point I probably will be if the boys end up in Hollywood......few years though have to get our youngest they HS.  I do like it out West. Love parts of CA and Park City

Park city is the place to be apparently. I'm hearing of more and more people moving there

We love park city

Jul 31, 2023 at 11:21 AM

Let me know if there is a good time for us to review the products you sent over

Sep 11, 2023 at 3:34 PM

Give me a call sometime this week. I have another update on the case

on a call will buzz you after

Sep 29, 2023 at 1:57 PM

██████████████████████

great news!

have a great weekend

You too sir!

thank you sir

Oct 20, 2023 at 11:50 AM

Hey Andy, quick update for Steve and you. Ryan is working on booking a mediation date. Should be sometime towards the end of November/beginning of December

Thank you Zach, hope all is well.

yes sir all is well, thank you

Nov 27, 2023 at 4:16 PM

Call u right back on with kids

Hey Andy, hope all is well. We have mediation booked on the 20th. Wanted to discuss a few things with you

Dec 4, 2023 at 1:20 PM

Call you back in a few, finishing up a call

Dec 7, 2023 at 4:46 PM

Sorry I missed ur call back, let's sync up tomorrow

Dec 7, 2023 at 6:35 PM

Yes sir

Dec 21, 2023 at 6:49 PM

Hey Andy, I just landed in the US from China. Didn't get a call from you but your voicemail just came through. Mediation pushed to the 28th. 27th are you free to get aligned with Eddie and Steve if he's available

Dec 22, 2023 at 7:01 PM

Hey Zach, hope you had a great trip. Surprised they would do it holiday week.....I was traveling all day today and away with the family . I just have to do in morning earlier side mountain time or later in day if we are discussing on 27th. I will make it work

Give me a couple of times and will check with Steve

Dec 26, 2023 at 11:00 AM

Hey Andy, we are feee any time tomorrow if you and Steve can sync up for 10 mins?

Dec 26, 2023 at 12:52 PM

Hey Zach, let me check with Steve and get back to you with a time.

Dec 26, 2023 at 2:38 PM

Zach would 9am mountain time work? I think 8am for you?

Is that to early?

That works great

We are MST right now, so it would be 9am for us as well. We don't have time change in AZ

Excellent :) talk manana

Thanks Andy!

Dec 27, 2023 at 8:56 AM

Morning Zach, I assume you will call me and I will patch on Steve?

Yes sir!

Jan 2, 2024 at 1:37 PM

At lunch with my sister, call you after

Jan 2, 2024 at 4:07 PM

Sorry on the other line

Jan 2, 2024 at 6:14 PM

Are you free for 5?

Yes sir I am now

Call me just finished

Jan 11, 2024 at 9:17 AM

Morning Zach, hope all is well.

I think I told you awhile back we submitted for NIH

...contact you on performance. They actually want to call IHS

Can you send me good email address for your past performance? I need only the two Government contracts you provided in your proposal.

75H71122P00934
Indian Health Services
Contracting Officer or Contract Specialist email address and number.

I need this information by 1100 tomorrow EST

i asked for more time since they gave me like 3 hours, can you send me this please for the contract USA Medical did with Byers that they are asking. I need name, email and tel # for the Contracting Officer or Contract Specialist

zac@byersholdinggroup.com

Jimmy Culver

Jimmy.culver@ihs.gov

580-821-2831

Feb 4, 2024 at 3:24 PM

Are you free to talk in 20?

In 5 minutes yes

please let me know if we are talking soon, otherwise i can be free anytime in 1hr, but i am free now for 15

Sorry missed your text. Phone was on silent

Call me when available

All good about 20-30 will call u

Feb 5, 2024 at 5:48 PM

Even Fwells agreed let's wait to see what happens

Great! He didn't call me yet but i will buzz him regardless tomorrow with the outstanding and prior bills

Feb 6, 2024 at 9:16 AM

Morning
Steve has buzzed me 2x already this morning. Please let me know when free so I can call him back

Yes sir. On calls now

tk u

Feb 6, 2024 at 1:33 PM

5 mins

👍

Sorry still wrapping up

Feb 26, 2024 at 1:40 PM

Will do now

Received questionnaire fyi

Sending 2nd email now on past performance. Maybe call me before u respond so I know all clear

This is beyond strange



Tried 5x so weight have more then enough and it's not allowing me and not accurate. Trying to reboot and go back in

Hmmm let me know if issue continues

Same so strange



Let me talk to Ryan if a check can be sent or what to do

Ask if he can take a Zelle

Since that's quick

This is beyond weird and must be a gliche right now







Looks like they are having issues

I just left Ryan a voicemail.

I'd say try again tomorrow

Feb 27, 2024 at 12:13 PM

I haven't tried to wire again, want to confirm amount/total is accurate per my email last night

Apr 24, 2024 at 9:57 AM



May 1, 2024 at 4:02 PM

Thank you for the update Zach!  Quiet on this side, I haven't heard from anyone...Hope everyone is well

Jun 24, 2024 at 2:57 PM

Buzz you and 1hr or so

Jul 2, 2024 at 11:34 AM

Call you after this meeting



Jul 12, 2024 at 11:24 AM



Jul 12, 2024 at 12:54 PM

Do we need to sign the document? I'll have Eddie sign if so

Roger that! He'll take a look later today

Jul 16, 2024 at 12:20 PM

Sounds great sir! Hope you had/are having a good trip.

I'm working on setting up two new teaming agreements this week. One with Amerisan and the other is with a diabetes test strip company. I'd like to tell you more about it next week if you have time to see if you think there are good opportunities to team up

Sun, Aug 25 at 11:07 AM

The court granted the amendment. USA medical is now being brought into the case. Not really sure what this means other than now USA medical is being sued

Did Byers get dropped or still active but now USA brought in?

We are still active on the case

I'll send you the doc Ryan sent us



3:17

< Inbox    New filing in New York...    ∧    ∨

**From:** Ryan Milun <ryan.milun@milunlaw.com>
**Sent:** Sunday, August 25, 2024 10:52:08 AM
**To:** Zachary Byers <zac@byersholdinggroup.com>;
Edwin Byers <ed@byersholdinggroup.com>
**Subject:** FW: New filing in New York Microscope
Company, Inc. v. Byers Holding Group, LLC: ORDER
re [15]: See the (nyed-2:2023-cv-03718)

Thanks.

Ryan Milun
**THE MILUN LAW FIRM, LLC**
Cranford Business Park
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016
Ryan.milun@milunlaw.com
Phone: 862-702-5010 ext. 1001
Direct Line: 862-702-5011
https://milunlaw.com/

Confidentiality Notice
This communication constitutes an electronic communication within the
meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section
2510, and its disclosure is strictly limited to the recipient intended by the

Thu, Aug 29 at 2:48 PM

Hey Andy, would you mind having a call with Eddie and myself on Tuesday?

Of course was time?

Any new info or just a catch up

Heave heard nothing from anyone

How's 3pm EST on Tuesday?

Perfect

Invite sent sir! Have a great holiday weekend





Wed, Mar 5 at 10:01 AM

Hey Andy, I'm on Teams just so you know. Do you want to just have a phone call?

I am so sorry I need to push on with my best friend who is terminal. I will call you or let's change to 2 or 3 please I'm sorry

Andy, no worries at all! Take care! I've got a packed day after this. Touch base later in the week

Thank you and sorry scrambling to finish his estate, I didn't expect I would go over an hr....let me know if free tomorrow ?

Tomorrow I'm free at 11am MST or anytime after that

lets do it

Thu, Mar 6 at 12:00 PM

Give me 5-10 minutes please

Hey Andy, give me a ring when you are free

Fri, Jun 6 at 11:55 AM

Hey Andy, did you have a chance to review the garment project I sent over for Puerto Rico?

Yes sir sorry been swamped since returning, can we get on

No problem, let me know best time for a meeting

Wide open and your 3hrs behind me. How about 12, 1 or 2est

Fri, Jun 6 at 1:36 PM

Thanks Andy. Just sent the invite

Mon, Jun 9 at 8:49 AM

Zach I just got a 1215 put onto my calendar we can talk quickly or I can do in 2:30 or 3 EST, i hate to rush, i am sorry

but can do our 12 just have 10 minutes or so, whatever is best

Let's do 3est please

I'll update the invite

THANK YOU!

Hey Andy, unfortunately Grant just got pulled into a meeting at that time. Can you let me know some times that work for tomorrow?

U want to do 2:30 est today?

I am flexible tomorrow so 12est works

Let me check with Grant

Ok

Tue, Jun 10 at 9:01 AM

Hey Andy, we are on the teams when you are ready

bare with me trying to log on

almost sorry

No worries

Here's Grant's email to use:

██████████████████

got it thank you

Wed, Jun 11 at 2:50 PM

Hey Andy, I tried calling but it went to VM. Hope we can get something going with Grant. As always, I like to be transparent about the arrangement. ████████████ ██████████████████████ We'd rather you set the price to the customer since you know this industry better than us

Wed, Jun 11 at 4:10 PM

Sorry I missed your call Zach. That works for me. I see the email and will review later and advise

Thank you, sir! Have a good night

Delivered

Thank you and have a great night as well!