**EXHIBIT "C"**


**PRIVILEGE LOG FOR "ANDY TEXT THREAD" DOCUMENT**
**Date Range: November 28, 2022 - June 11, 2025**
**Between: Zachary Byers (Byers Holding Group) and Andy Fink (USA Medical)**

| Date | Description of Communication | Basis for Withholding | Redacted/ Withheld |
|---|---|---|---|
| 2/21/23 1:46 p.m. | Discusses litigation strategy/attorney advice | Attorney-Client Privilege, Work Product Privilege, Common Interest | Redacted |
| 2/22/23 8:40 a.m. | Discusses litigation strategy/attorney advice | Attorney-Client Privilege, Work Product Privilege, Common Interest | Redacted |
| 2/22/23 1:58 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 2/23/23 2:15 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 2/24/23 10:32 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 2/24/23 4:31 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 2/25/23 9:49 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/3/23 11:13 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/3/23 12:22 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/8/23 6:27 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |

| | | | |
|---|---|---|---|
| 3/10/23 5:05 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/13/23 4:17 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/13/23 6:37 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/13/23 8:07 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/14/23 6:28 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/15/23 9:49 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/16/23 3:21 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/17/23 12:37 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/19/23 1:50 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/19/23 5:43 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/20/23 12:53 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 3/21/23 5:02 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work | Redacted |

| | | product privilege, common interest | |
|---|---|---|---|
| 3/27/23 11:02 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 4/3/23 7:20 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 5/2/23 8:51 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 5/8/23 12:41 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 5/8/23 4:04 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 5/9/23 2:53 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 5/9/23 7:50 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 5/10/23 9:17 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 6/24/23 5:11 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 9/29/23 1:57 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 10/20/23 11:50 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |

| | | | |
|---|---|---|---|
| 11/27/23 4:16 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 12/21/23 6:49 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 12/22/23 7:01 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 1/2/24 4:07 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 2/5/24 5:48 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 2/26/24 1:40 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 2/27/24 12:13 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 4/24/24 9:57 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 6/2/24 11:34 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 7/12/24 11:24 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 7/12/24 12:54 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 7/16/24 12:20 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work | Redacted |

|  |  | product privilege, common interest |  |
|---|---|---|---|
| 8/25/24 11:07 a.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 8/29/24 2:48 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |
| 6/11/25 2:50 p.m. | Discusses litigation strategy/attorney advice | Attorney-client privilege, work product privilege, common interest | Redacted |