# THE MILUN LAW FIRM

20 Commerce Drive – Suite 135
Cranford, New Jersey 07016

Ryan Milun, Esq.
(Admitted: NJ and CA bar)
ryan.milun@milunlaw.com
Phone: (862) 702-5010
Fax: (862) 206-4545
Direct: (862) 702-5011

March 27, 2026

**VIA ECF**
Hon. Arlene R. Lindsay, U.S.M.J.
Unites States District Court, Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722-4451

Re:    New York Microscope Company, Inc. v. Byers Holding Group, LLC and USA Capital
       Fund, LLC d/b/a USA Medical Supply
       Docket No. 23-cv-03718 JMA-ARL

Dear Judge Lindsay:

My firm represents the defendants, Byers Holding Group, LLC ("Byers") and USA Capital Fund, LLC d/b/a USA Medical Supply ("USA Capital"), in this action. We are writing to clarify what we hope was just a mistake by counsel for plaintiff in his letter to the court sent earlier this afternoon, as opposed to a purposeful misrepresentation to Your Honor.

In his correspondence, it appears that counsel for plaintiff is stating that we **consented** not only to the requested extension of discovery but also to specific deadlines imposed for the depositions of Steve Luk and Zac Byers.  Not so.  What we actually informed counsel was that we would not object to his extension request and we absolutely never agreed to any specific date or an order imposing a specific date for the deposition of Steve Luk and/or Zac Byers.  Indeed, how could we consent to a specific date or timeframe when we are still waiting to hear back from Steve Luk.[1]  It is important to note that any depositions delays fall squarely on plaintiff as they failed to conduct any depositions for months on end (and both Byers and Luk's deposition were scheduled and confirmed for February 16 and 17 only to be cancelled by plaintiff).

---

[1] I can confirm that Zac Byers has stated he is available on April 20, 2026 (and other days during that week), which would fall within the requested extension by plaintiff – assuming the Court is inclined to grant plaintiff's request.

Hon. Arlene R. Lindsay, U.S.M.J.
March 27, 2026

Accordingly, we do object to any request by counsel for plaintiff to impose a specific deposition date for Steve Luk and/or Zac Byers.  If the deadline is extended by Your Honor, however, we will make sure to produce our clients during the extension period.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,
**THE MILUN LAW FIRM, LLC**


By: _s/Ryan Milun_
    Ryan Milun