

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

March 27, 2026

**Via ECF and email**

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

Re:    *New York Microscope Company, Inc. v. Byers Holding Group LLC, et al.*
       **Index No. 23-cv-03718 JMA-ARL; MLGB File No. 11255-00060**

Dear Judge Lindsay:

We represent Plaintiff New York Microscope Company, Inc. ("Plaintiff") in connection with this matter. As the Court will recall, on March 23, 2026 it directed Defendants to unredact various emails that had been withheld by Defendants on the ground of privilege which the Court reviewed in camera and to produce those documents by March 25, 2026. The documents were originally directed to be provided to the Court for its in camera review months earlier but apparently never reached your Honor re recently sent to it by Defendants. The unredacted emails, which were not remotely privileged but instead revealed evidence supporting Plaintiff's claims, were finally produced by Defendants at 4 p.m. on March 25th. Plaintiff is now finally in a position to take fulsome depositions of Defendants with the production of these unredacted documents.

We had requested dates for deposition from Defendants on March 23rd and were told today that Zach Byers is not available to be deposed before April 20th and that Steven Luk has yet to advise Defendants' counsel when he is available.

This Court set a deadline to complete discovery by Tuesday, March 31, 2026. Defendants' counsel has stated that defendants are not available for deposition by that deadline to complete discovery. We respectfully request, with the consent of the Defendants, that the Court extend the discovery and other deadlines set forth in its Order of February 26th by 30 days and direct Defendant Steven Luk to appear for a deposition on a mutually convenient date no later than the week of April 6th and that Defendant Zach Byers appear for deposition on a mutually convenient date no later than Aoril 24th.

Respectfully submitted,

Thomas J. McGowan, Esq.

cc:    Ryan Milun, Esq. (via ECF)
       Dimitri Teresh, Esq. (via ECF)