UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

NEW YORK MICROSCOPE COMPANY, INC.*,*

                      Plaintiff,

        -against-

BYERS HOLDING GROUP LLC, et al.,

                      Defendant.

------------------------------------------------------------------------X

**ORDER**

CV 23-3718 (JMA) (ARL)

**LINDSAY, Magistrate Judge:**

Before the Court is the plaintiff's letter seeking to extend the discovery deadline in this matter allegedly on consent of the defendant. The current deadline is March 31, 2026. According to counsel for the plaintiff, on March 25, 2026, at 4:00 p.m., he received copies of the unredacted messages, which had been the subject of several motions and an *in camera* review by the Court. Plaintiff's counsel explains that he is now in the position to take the two remaining depositions of Steven Luk ("Luk") and Zach Byers ("Byers"). He notes, however, that counsel for the defendant has advised that Luk and Byers will not be available until late April.

By letter dated March 27, 2026, counsel for Byers clarifies that while he had agreed to extend the discovery deadlines, he never agreed to specific dates for the Luk or Byer depositions. Accordingly, later in the day on March 27, plaintiff's counsel submitted a revised motion seeking to extend the discovery deadlines – this time making it clear that the dates for the deposition have not been set.

The parties' motion is granted. All discovery, inclusive of expert discovery, is to be completed by May 15, 2026. Luk and Byer are directed to appear for depositions on mutually agreed upon dates no later than May 1, 2026. Any party planning on making a dispositive motion must take the first step in the motion process by May 29, 2026. The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before June 9, 2026. The final conference is adjourned to June 11, 2026, at 11:45 a.m.

Counsel for both parties are urged to spend additional time conferring and resist the temptation to file unnecessary and costly motion papers with the Court.

Dated: Central Islip, New York
     April 3, 2026

                                **SO ORDERED:**

                                _____/s/_____
                                ARLENE ROSARIO LINDSAY
                                United States Magistrate Judge