# EXHIBIT 1



**USA MEDICAL SUPPLY**
2450 Hollywood Blvd Suite 503
Hollywood, FL 33020
United States

# INVOICE 23499 BYERS HOLDING GROUP LLC

**BYERS HOLDING GROUP LLC**
9881 East Quarry Trail
Scottsdale, Arizona 3241385262

Reference: 20230320-170640971
Invoice created: January 22, 2023
info@usamedicalsupply.org
954-603-8663
USA MEDICAL SUPPLY
2450 Hollywood Blvd Suite 503
Hollywood, FL 33020
United States

**Comments from Frances**

Ship Date: 1/22/2023
Ship Via: Truck
Order No.: 75H71122P00934
FOB: TN
Terms: NET30

## Products & Services

| Item & Description | Quantity | Unit Price | Total |
|---|---|---|---|
| Financing for entire contract (BK) | 1 | $300,000.00 | $300,000.00 |
| Corrugated Boxes (380132) | 65,000 | $74,207.13 | $74,207.13 |
| Fulmillment (PACK) | 64,290 | $185,000.00 | $185,000.00 |
| Transportation to Fulmillment Warehouse (FREIGHT) | 1 | $256,536.25 | $256,536.25 |

**Subtotals**

| One-time subtotal | | | $815,743.38 |
|---|---|---|---|
| | | **Total** | **$815,743.38** |

**Purchase terms**

No cancelations. No refunds. Final invoice.

In the event a party has to enforce the terms of this contract, the prevailing party in the option shall be entitled to an award of attorney's fees and costs.