# EXHIBIT 2

anything happens

Mar 10, 2023 at 12:12 PM

Apologies, transfer is set to be made at 10am on Monday. Banker couldn't get me in today and I didn't have availability to go in there yesterday

NP all good,
Have a great weekend

Mar 10, 2023 at 5:05 PM

Unfortunately the lawyer hasn't gotten back to us yet... she's out today I think at court

We are going to send 885k though

835k apologies

Gotcha and I think we all know at this point what's on paper, etc...so it makes sense to move to keep you out of this and let Steve pounce on her lol.....

Well we don't want her to pounce but we think it helps the negotiations by moving the money

Our plan (I believe) is to show her a bill from USA medical for estimated 300k in financing. 150k bill from BHG for services she was supposed to perform but we performed on her behalf. And oh by the way you are at breach so either take 135k or the number will keep going down

Ok so you are sending all and taking your 125k perfect

Yes 100% he will be very nice unless she gets stupid but he will do his best to settle her

Yes I think the plan is perfect!!