UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YORK MICROSCOPE COMPANY, INC.,

                    Plaintiff,                  Case No. 23-cv-03718-JMA-ARL

      -against-                        **<u>NOTICE OF APPEARANCE</u>**

BYERS HOLDING GROUP LLC, and
USA CAPITAL FUND, LLC d/b/a USA MEDICAL
SUPPLY,

                    Defendants.

-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Stephen W. Livingston, Esq., of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears as counsel for Plaintiff, New York Microscope Company, Inc. in the above-mentioned action and requests that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  Mineola, New York
        May 12, 2026

                    Respectfully submitted,

                    **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

                    By:     **/s/ <u>*Stephen W. Livingston*</u>**
                            Stephen W. Livingston, Esq.
                            *Attorneys for Plaintiff*
                            190 Willis Avenue
                            Mineola, New York 11501
                            (516) 747-0300
                            SLivingston@meltzerlippe.com

4899-6128-7850 v.1