**Meltzer Lippe**

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

Stephen W. Livingston, Esq.
516-470-0141
SLivingston@meltzerlippe.com

June 22, 2026

**Via ECF**

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

> **Re:    New York Microscope Company, Inc. v.
> Byers Holding Group LLC, et al., Case No. 23-cv-03718-JMA-ARL**

Dear Judge Lindsay:

We represent Plaintiff New York Microscope Company, Inc. ("Plaintiff") in the above-captioned matter. The joint pre-trial order is currently due on July 7, 2026, and the final conference is scheduled before Your Honor on July 9, 2026. We respectfully request a two-week adjournment of both deadlines.

This request is necessitated by scheduling conflicts involving the two attorneys from our office principally responsible for handling this matter. Thomas J. McGowan, Esq. is currently scheduled to be on trial before the Honorable Martin Glenn in the United States Bankruptcy Court for the Southern District of New York for the next few weeks. In addition, I have a prior scheduled trial certification conference before Justice Andrews in Supreme Court, Suffolk County on July 9, 2026, at 10:00 a.m. It is expected that the state court matter will proceed to trial shortly thereafter (Justice Andrews is in the Commercial Division).

We have reached out to Defendants' counsel who has consented to the requested adjournment.

While the Court previously adjourned the conference schedule to permit the completion of discovery, this is Plaintiff's first request for an adjournment based upon counsel's scheduling conflicts. This request is made in good faith and not for purposes of delay.

> Respectfully submitted,
> */s/ Stephen W. Livingston*
> Stephen W. Livingston, Esq.

cc:      All Counsel of Record via ECF

4929-9423-2503 v.1