**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE: ARLENE R. LINDSAY                          DATE: 7/30/2026
United States Magistrate Judge

                                                    TIME: 11:15 AM

DOCKET NO: 23-3718 (JMA)

CASE: New York Microscope Company, Inc. v. Byers Holding Group, LLC

\_\_\_\_\_    INITIAL CONFERENCE
\_\_\_\_\_    STATUS CONFERENCE                          BY TELEPHONE  **X**
\_\_\_\_\_    SETTLEMENT CONFERENCE
\_\_\_\_\_    SCHEDULING CONFERENCE
  **X**    FINAL CONFERENCE

        APPEARANCES:
           FOR PLAINTIFF:                           FOR DEFENDANTS:
           Stephen W. Livingston                    Ryan Milun

The following rulings were made:

        The proposed joint pretrial order is approved for filing.   The matter is returned to the District Court for final disposition.

                        SO ORDERED:
                        _____/s/_____