Meltzer Lippe

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

Stephen W. Livingston, Esq.
(516) 470-0141
SLivingston@meltzerlippe.com

September 18, 2026

**Via ECF**

Hon. Joan M. Azrack, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse, 100 Federal Plaza
Central Islip, New York 11722

**Re: New York Microscope Company, Inc. v. Byers Holding Group LLC, et al., Case No. 23-cv-03718-JMA-ARL**

Dear Judge Azrack:

We represent Plaintiff New York Microscope Company, Inc. ("Plaintiff") in the above-captioned matter. A settlement and pre-motion conference is currently scheduled before Your Honor on Wednesday, September 23, 2026, to address Defendants' pre-motion letter seeking leave to file a motion for summary judgment. We are pleased to report that the parties have reached a settlement, and we respectfully request a brief adjournment of the conference to allow the settlement to be finalized.

The parties have executed a settlement agreement resolving this action in its entirety. Under the terms of the agreement, the settlement becomes effective upon receipt of the wire transfer of the settlement amount and upon the funds clearing for distribution. Plaintiff received the wire transfer today, and we expect the funds to clear within 24 to 48 hours. Because today is Friday and our office is closed Monday in observance of the Jewish holiday, we anticipate that the funds will clear on Tuesday, September 22, 2026. Once the funds clear, the parties will be in a position to file a Stipulation of Withdrawal with Prejudice.

Accordingly, we respectfully request a brief adjournment of the September 23, 2026 conference to allow the settlement funds to clear and the parties to file the necessary stipulation. This request is made with the consent of Defendants' counsel. The parties will promptly file the Stipulation of Withdrawal with Prejudice once the funds clear and will provide a status update or proposed adjourned date if the Court so directs.

We thank the Court for its attention to this matter.

Respectfully submitted,

***/s/ Stephen W. Livingston***
Stephen W. Livingston, Esq.

cc: All Counsel of Record via ECF